AO 91 (Rev. 11/11) Criminal Complaint

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Franciso Armando Munguia-Aleman | ) | Case No. 5:16-CR-4 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED
MAY 12 2016
Clerk, U.S. District Court
Texas Eastern

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 8, 2016__ in the county of __Bowie__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324(a)(1)(A)(ii) | Transporting illegal aliens. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremy Ridenour, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 12, 2016

City and state: Texarkana, Arkansas

_____
*Judge's signature*

Honorable Barry Bryant
*Printed name and title*