IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO.   5:16-CR-_____ |
| | § | JUDGES SCHROEDER/CRAVEN |
| FRANCISCO ARMANDO MUNGUIA-ALEMAN | § | |
| | § | |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**

Violation: 8 U.S.C. § 1324 (Transporting illegal aliens)

On or about May 8, 2016, in the Eastern District of Texas, the defendant,

**Francisco Armando Munguia-Aleman**, knowing and in reckless disregard of the fact

that certain aliens, Jaime Gregoria Gomez-Lopez, Cristobal Josue Hernandez-Moreira,

and O.R.G., had come to, entered and remained in the United States in violation of law,

did transport and move said aliens within the United States by means of transportation

and otherwise in furtherance of such violation of law, for the purpose of commercial

advantage and private financial gain; in violation of Title 8, United States Code, Section

1324(a)(1)(A)(ii).

In violation of 8 U.S.C. § 1324.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

*/s/ D. Ryan Locker*
D. Ryan Locker
Assistant United States Attorney
Texas Bar No. 24046307
500 North Stateline Avenue, Suite 402
Texarkana, Texas  75501
(903) 794-9481
(903) 792-5164 (fax)
Ryan.Locker@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO.   5:16-CR-_____ |
| | § | JUDGES SCHROEDER/CRAVEN |
| FRANCISCO ARMANDO MUNGUIA- | § | |
| ALEMAN | § | |

## NOTICE OF PENALTY

## COUNT 1

Violation:        8 U.S.C. § 1324(a)(1)(A)(ii)
                  (Transporting illegal aliens)

Penalty:          Imprisonment for not more than 5 years; a fine not to
                  exceed $250,000, or both; and a term of supervised
                  release of not more than 3 years.

                  If said violation results in the death of any person,
                  punishment by death or imprisonment for any term of
                  years or for life; a fine not exceed $250,000, or both;
                  and a term of supervised release of not more than 5
                  years.

Special Assessment:   $100.00